IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mary L. Sherman,

    Plaintiff,

  v.                          Case No. 2:12-cv-738

Carolyn W. Colvin,
Acting Commissioner of
Social Security,

    Defendant.

ORDER

    This matter is before the court for consideration of the July 23, 2013, report and recommendation of the United States magistrate judge to whom this case was referred pursuant to 28 U.S.C. §636(b). The magistrate judge recommended that the court reverse the nondisability finding of the Commissioner, and that this action be remanded to the Commissioner and the administrative law judge pursuant to Sentence Four of 42 U.S.C. §405(g).

    The report and recommendation specifically advised the parties that the failure to object to the report and recommendation within fourteen days of the report would result in a "waiver of the right to *de novo* review by the District Judge and of the right to appeal the judgment of the District Court[.]" Doc. 15, p. 15. The time period for filing objections to the report and recommendation has expired. No party has objected to the report and recommendation.

    The court has reviewed the report and recommendation of the magistrate judge. Noting that no objections have been filed and that the time for filing such objections has expired, the court adopts the report and recommendation of the magistrate judge (Doc.

15).  Accordingly, the court reverses the Commissioner of Social Security's nondisability finding and remands this case to the Commissioner and the administrative law judge pursuant to Sentence Four of 42 U.S.C. §405(g).

Date: August 1, 2013              _____s/James L. Graham_____
                                  James L. Graham
                                  United States District Judge